**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01506-BNB
(**The above civil action number must appear on all future papers sent to the court in this action.  Failure to include this number may result in a delay in the consideration of your claims.**)

KENNETH E. BENSON,

    Petitioner,

v.

[NO NAMED RESPONDENT],

    Respondent.

---

**ORDER DIRECTING PETITIONER TO CURE DEFICIENCIES**

---

On May 30, 2014, Mr. Benson, a Colorado State Prisoner who is incarcerated currently at the Crowley County Correctional Facility, filed a Letter with the Court complaining about a warrant lodged against him by Illinois authorities, which he states is preventing him from receiving a halfway house placement.  As part of the Court's review pursuant to D.C.COLO.LCivR 8.1(b), the Court has determined that the documents are deficient as described in this Order.  Petitioner will be directed to cure the following if he wishes to pursue any claims in this Court in this action.  Any papers that Petitioner files in response to this Order must include the civil action number on this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:

(1)   x   is not submitted
(2)   __   is missing affidavit
(3)   __   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   x   is missing certificate showing current balance in prison account
(5)   __   is missing required financial information

(6)     \_     is missing authorization to calculate and disburse filing fee payments
(7)     \_\_    is missing an original signature by the prisoner
(8)     \_\_    is not on proper form
(9)     \_\_    names in caption do not match names in caption of complaint, petition or habeas application
(10)   _x_    other: Petitioner may pay the $5.00 filing fee in lieu of filing a § 1915 Motion and Affidavit.

**Complaint, Petition or Application**:

(11)   _x_    is not submitted
(12)   \_\_    is not on proper form
(13)   \_\_    is missing an original signature by the prisoner
(14)   \_\_    is missing page nos. \_\_
(15)   \_\_    uses et al. instead of listing all parties in caption
(16)   \_\_    names in caption do not match names in text
(17)   \_\_    addresses must be provided for all defendants/respondents in "Section A. Parties" of complaint, petition or habeas application
(18)   \_\_    other:

Accordingly, it is

ORDERED that Petitioner cure the deficiencies designated above **within thirty days from the date of this Order**. Any papers that Petitioner files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that Petitioner shall obtain copies of the forms for filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a habeas corpus action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Petitioner fails to cure the designated deficiencies, **within thirty days from the date of this Order**, the action will be dismissed without further notice.

DATED June 2, 2014, at Denver, Colorado.

BY THE COURT:


 s/ Boyd N. Boland
United States Magistrate Judge