IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01506-LTB

KENNETH E. BENSON,

    Petitioner,

v.

[NO NAMED RESPONDENT],

    Respondent.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on July 9, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Respondent and against Petitioner.

    DATED at Denver, Colorado, this 9th day of July, 2014.

                        FOR THE COURT,

                        JEFFREY P. COLWELL, Clerk

                        By: s/K Lyons
                            Deputy Clerk